**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02195-JLK-KMT

UNITED STATES OF AMERICA,

    Petitioner,

v.

STEPHEN S. ANDERSON, as owner of the law office of Stephen S. Anderson,

    Respondent.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered in favor of Petitioner, United States of America, and against Respondent, Stephen S. Anderson.

    Dated at Denver, Colorado this 15th day of December, 2015.

                                            FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                              By:  s/   Bernique Abiakam
                                            Bernique Abiakam
                                            Deputy Clerk