**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  March 10, 2016  
Civil Case No.: 15-cv-02195-JLK

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Janet Coppock

USA,

     Petitioner,

v.

STEPHEN S. ANDERSON, *as Owner of the Law Office of Stephen S. Anderson*,

     Respondent.

Evan Brennan  
Amy Padden

*Pro se*

## COURTROOM MINUTES

**Show Cause Hearing**

**11:08 a.m.**   **Court in session.**

Court calls case.  Appearances of Counsel and parties.   Also present, Bruce Kliche, IRS Revenue Officer.

Preliminary remarks by the Court.

Argument by Mr. Brennan.

Argument by Mr. Anderson.  Questions by the Court.

Comments and rulings by the Court.

The Court finds that the Respondent is in contempt and failed to comply with its orders.

**ORDERED:**   **United States' Motion To Enforce Final Enforcement and Judgment (Filed 2/26/16; Doc. No. 13) is GRANTED.**

**ORDERED:**   **The Respondent shall have to and including March 30, 2016 to reach full compliance.  The Respondent shall be fined at the rate of $200 per day until full compliance is reached, that will be reduced to judgment as a fine.  If full compliance is not reached, the Respondent will go to jail and stay there on civil contempt until such time as there is compliance.**

**ORDERED:**   **The Government shall submit a statement of costs by March 21, 2016.**

**11:14 a.m.**   **Court in recess.**
Hearing concluded.
Total in-court time: 00:06